### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

**DERON MCCOY, JR.,**

    **Plaintiff,**

    v.                                     **CASE NO.  21-CV-3106-SAC**

**ARAMARK CORRECTIONAL**
**SERVICES, et al.,**

    **Defendants.**

### O R D E R

Plaintiff, DeRon McCoy, Jr., is a state prisoner housed at the El Dorado Correctional Facility in El Dorado, Kansas.  Plaintiff filed this § 1983 action against Aramark Correctional Services, as well as six individual defendants either employed by Aramark or the Kansas Department of Corrections, alleging violation of his right to free exercise of religion because he has not been served a proper Kosher diet.

The Court entered an Order (ECF No. 3) denying Plaintiff's motion to proceed *in forma pauperis*, finding Plaintiff is subject to the "three-strikes" provision under 28 U.S.C. § 1915(g). The Court examined the complaint and attachments and found no showing of imminent danger of serious physical injury.  The Court also granted Plaintiff until May 22, 2021, to submit the $402.00 filing fee.  The Court's order provided that "[t]he failure to submit the fee by that date will result in the dismissal of this matter without prejudice and without additional prior notice." (ECF No. 3, at 2.)

Plaintiff has filed no response to the Court's Order.  As of the date of this Order, Plaintiff has failed to pay the filing fee.

Rule 41(b) of the Federal Rules of Civil Procedure "authorizes a district court, upon a defendant's motion, to order the dismissal of an action for failure to prosecute or for failure to comply with the Federal Rules of Civil Procedure or 'a court order.'" *Young v. U.S.*, 316 F. App'x 764, 771 (10th Cir. 2009) (citing Fed. R. Civ. P. 41(b)). "This rule has been interpreted as permitting district courts to dismiss actions *sua sponte* when one of these conditions is met." *Id*. (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)). "In addition, it is well established in this circuit that a district court is not obligated to follow any particular procedures when dismissing an action *without prejudice* under Rule 41(b)." *Young*, 316 F. App'x at 771–72 (citations omitted).

The time in which Plaintiff was required to submit the filing fee has passed. As a consequence, the Court dismisses this action without prejudice pursuant to Rule 41(b) for failure to comply with court orders.

**IT IS THEREFORE BY THE COURT ORDERED** that this action is **dismissed without prejudice** pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

**Dated on this 30th day of July, 2021, in Topeka, Kansas.**

> s/ Sam A. Crow
> **SAM A. CROW**
> **U. S. Senior District Judge**